IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| **ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,**<br>**Plaintiff,**<br>v.<br>**ADRIAN GLUCK and GLUCK'S GYM LLC,**<br>**Defendants.** | Civil Action No. 3:25-cv-878<br><br>PROOF OF SERVICE |

The undersigned declares subject to the penalties of perjury as follows:

1. I am counsel of record for Plaintiff in the above-captioned matter.

2. On November 3, 2025, the Clerk of Court issued the Summons to Defendant Adrian Gluck a copy of which is attached as Exhibit 1, and also issued the Summons to Defendant Gluck's Gym LLC a copy of which is attached as Exhibit 2.

3. On November 3, 2025, I placed a copy of both Summonses, the Complaint in this action, and the Western District of North Carolina Electronic Case Opening Packet in an appropriate envelope addressed to

> Adrian Gluck
> individually and as Registered Agent for Gluck's Gym LLC
> 14 Stonehill Drive
> Killingworth, CT 06419

and deposited the same with FedEx Corporation, which is a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2).

4. I obtained from FedEx Corporation the delivery receipt that is attached as Exhibit 3, which reflects delivery of the Summonses and Complaint on November 4, 2025.

Dated: November 4, 2025

                                      **/s/Rodrick J. Enns**
                                      Rodrick J. Enns
                                      N.C. State Bar No. 12151
                                      ENNS & ARCHER LLP
                                      939 Burke Street
                                      Winston-Salem, NC 27101
                                      Telephone: (336) 723-5180
                                      E-mail: renns@ennsandarcher.com

                                      *Attorneys for Plaintiff Advanced Fitness Concepts,*
                                      *Inc. d/b/a Vulcan Strength Training Systems*

**EXHIBIT 1**

## UNITED STATES DISTRICT COURT
для the
### Western District of North Carolina

| | |
|---|---|
| ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS, *Plaintiff* v. ADRIAN GLUCK and GLUCK'S GYM LLC, *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-878 |

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ADRIAN GLUCK
14 Stonehill Drive
Killingworth, CT 06419

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Rodrick J. Enns
Enns & Archer LLP
939 Burke Street
Winston-Salem, NC 27101

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[Signature]*
Katherine Hord Simon, Clerk
United States District Court

Date __11/03/2025__

**Civil Action No.** 3:25-cv-878

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
    _____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)***:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                **Server's signature**

                                                            _____
                                                             **Printed name and title**

                                                              _____
                                                             **Server's address**

**Additional information regarding attempted service, etc:**

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ADVANCED FITNESS CONCEPTS, INC. d/b/a
VULCAN STRENGTH TRAINING SYSTEMS,

    *Plaintiff*

    v.

ADRIAN GLUCK and GLUCK'S GYM LLC,

    *Defendant*

Civil Action No. 3:25-cv-878

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
GLUCK'S GYM LLC
14 Stonehill Drive
Killingworth, CT 06419

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rodrick J. Enns
Enns & Archer LLP
939 Burke Street
Winston-Salem, NC 27101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*[Seal of United States District Court, Western District of North Carolina]*

*[Signature]*

Katherine Hord Simon, Clerk
United States District Court

Date __11/03/2025__

**Civil Action No.** 3:25-cv-878

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____ _____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

**EXHIBIT 3**



November 04, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885712698065

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | W.Gluck | Delivery Location: | 14 STONEHILL DR |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Adult Signature Required | | KILLINGWORTH, CT, 06419 |
| | | Delivery date: | Nov 4, 2025 14:19 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 885712698065 | Ship Date: | Nov 3, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Mr. Adrian Gluck, Glucks Gym LLC
14 Stonehill Drive
KILLINGWORTH, CT, US, 06419

**Shipper:**
Rodrick J. Enns,
939 Burke Street
Winston-Salem, NC, US, 27101

