# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina 

| | |
|---|---|
| Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength and Training Systems )<br>*Plaintiff* )<br>v. )<br>Adrian Gluck and Gluck's Gym, LLC )<br>*Defendant* ) | Case No. 3:25-cv-878 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Adrian Gluck and Gluck's Gym, LLC .

Date:   11/19/2025

/s/ W. Michael Boyer
*Attorney's signature*

William Michael Boyer (49098)
*Printed name and bar number*
Boyer Legal, PLLC
4805 Ridge Haven Ct.
Greensboro, NC 27410

*Address*

michael@carolinacraftlegal.com
*E-mail address*

(336) 944-2132
*Telephone number*

*FAX number*