UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
__Charlotte__ DIVISION
DOCKET NO. __3:25-cv-878__

__Advanced Fitness Concepts, Inc.__
__d/b/a Vulcan Strength Training Systems__ ,     )
                                                 )
    Plaintiff,                 )
                                                 )
vs.                                              )     MOTION FOR ADMISSION
                                                 )     *PRO HAC VICE*
__Adrian Gluck and Gluck's Gym__ ,               )     and AFFIDAVIT
                                                 )
    Defendant.                 )
                                                 )
                                                 )

    NOW COMES __W. Michael Boyer__ ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of __John Di Giacomo__ ("Applicant"), who seeks permission to represent __Defendant's Adrian Gluck and Gluck's Gym__ _____ ("Client") in this above-captioned case.

    By signing this motion, Local Counsel and Applicant certify that:

    1.    Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is __Michigan__.

    2.    Applicant practices under the name of or as a member of the following firm:

**Firm Name:** __Revision Legal, PLLC__
**Mailing Address:** __444 Cass Street, Suite D__
**City / State / Zip:** __Traverse City, MI 49684__
**Telephone Number:** __231-714-0100__   **Facsimile Number:** _____
**Email Address (required):** __john@revisionlegal.com__

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
Please see attached : Bar Admissions
_____.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they do not oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the ___19th___ day of __November__, 20__25__.

_____                    _____
Local Counsel                                                                  Applicant

Attorney Name  W. Michael Boyer
Bar Number  49098
Firm Name  Carolina Craft Legal
Firm Address  4805 Ridge Haven Court
Firm City / State / Zip  Greensboro, NC 27410
Telephone Number  (336) 944-2132
Fax Number
Email Address  michael@carolinacraftlegal.com



## BAR ADMISSIONS – JOHN DI GIACOMO

| | |
|---|---|
| State of Michigan | 11/12/09 |
| Western District of Michigan | 01/22/10 |
| Eastern District of Michigan | 10/18/11 |
| Southern District of Indiana | 12/17/12 |
| Northern District of Illinois | 04/09/13 |
| Northern District of Texas | 09/05/13 |
| District of Colorado | 10/24/14 |
| State of Illinois | 04/23/15 |
| Sixth Circuit Court of Appeals | 03/14/17 |
| Eastern District of Wisconsin | 08/21/17 |
| Seventh Circuit Court of Appeals | 07/05/18 |

John Di Giacomo is in good standing in all above Courts.