UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

**ADVANCED FITNESS CONCEPTS, INC.**
**d/b/a VULCAN STRENGTH**
**TRAINING SYSTEMS,**

    Plaintiff,

v.

**ADRIAN GLUCK and GLUCK'S GYM LLC,**

    Defendants.

---

Civil Action No. 3:25-cv-878

### MOTION FOR 30-DAY EXTENSION OF TIME
### FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

Defendants Adrian Gluck and Gluck's Gym LLC, through undersigned counsel, respectfully submit this Motion for 30-Day Extension of Time for Defendants to Respond to the Complaint.

1. Defendants' counsel was recently retained and was recently granted *pro hac vice* status. [ECF 8]. Additional time is necessary to allow defense counsel to review the allegations, consult with their clients, and prepare an appropriate responsive pleading.

2. The recently ended and further upcoming holiday periods present additional scheduling constraints for both parties and their respective counsel.

3. Therefore, good cause exists for the extension under Fed. R. Civ. P. 6(b)(1)(A).

4. Defendants' counsel consulted with Plaintiff's counsel by email on November 14, 2025, and Plaintiff's counsel consented to the proposed 30-day extension.

5. Therefore, the extension will not prejudice any party.

6. The current deadline for Defendants' response is November 25, 2025. Defendants request that the Court extend this deadline by 30 days, to December 25, 2025.

Accordingly, Defendants respectfully request that the Court extend Defendants' deadline to respond to the Complaint to December 25, 2025.

Respectfully submitted,

Dated: December 1, 2025

/s/ *John Di Giacomo*
John Di Giacomo (P73056)
Attorney for Defendants
Appearing *Pro Hac Vice*
Revision Legal, PLLC
444 Cass Street, Suite D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com

Dated: December 1, 2025

/s/ *W. Michael Boyer*
W. Michael Boyer
N.C. State Bar No. 49098
*Designated Local Counsel for Defendants*
Carolina Craft Legal
4805 Ridge Haven Court
Greensboro, NC 27410
(336) 944-2132
michael@carolinacraftlegal.com