UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

_____

**ADVANCED FITNESS CONCEPTS, INC.**
**d/b/a VULCAN STRENGTH**
**TRAINING SYSTEMS,**

    Plaintiff,                                                         Civil Action No. 3:25-cv-878

v.

**ADRIAN GLUCK and GLUCK'S GYM LLC,**

    Defendants.
_____

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Adrian Gluck and Gluck's Gym LLC (collectively, "Defendants"), by and through undersigned counsel, hereby move this Court to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2).

1.     Plaintiff's Complaint should be dismissed under Rule 12(b)(2) because this Court lacks personal jurisdiction over Defendants. Defendants are Connecticut residents who do not reside in North Carolina, do not conduct business in North Carolina, and have not purposefully directed any conduct toward North Carolina sufficient to establish either general or specific personal jurisdiction.

2.     Defendants submit a Brief in Support of Defendants' Motion to Dismiss, filed contemporaneously herewith, which sets forth the factual background and legal arguments supporting this Motion. Defendants respectfully incorporate that Brief by reference.

1

3. For these reasons, and for the reasons set forth in the accompanying Brief, Defendants respectfully request that the Court dismiss Plaintiff's Complaint in its entirety, with prejudice, and award such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: December 29, 2025

/s/ *John Di Giacomo*
John Di Giacomo (P73056)
Attorney for Defendants
Appearing *Pro Hac Vice*
Revision Legal, PLLC
444 Cass Street, Suite D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com

Dated: December 29, 2025

/s/ *W. Michael Boyer*
W. Michael Boyer
N.C. State Bar No. 49098
*Designated Local Counsel for Defendants*
Carolina Craft Legal
4805 Ridge Haven Court
Greensboro, NC 27410
(336) 944-2132
michael@carolinacraftlegal.com