# EXHIBIT A

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

_____

**ADVANCED FITNESS CONCEPTS, INC.**
**d/b/a VULCAN STRENGTH**
**TRAINING SYSTEMS,**

    Plaintiff,                                   Civil Action No. 3:25-cv-878

v.

**ADRIAN GLUCK and GLUCK'S GYM LLC,**

    Defendants.

_____

## <u>DECLARATION OF ADRIAN GLUCK</u>

I, Adrian Gluck, declare as follows:

1. I am Adrian Gluck, named Defendant in this case.

2. I have personal knowledge of the statements made herein.

3. I am a member of Gluck's Gym, LLC, which is a limited liability company organized under Connecticut law.

4. Both myself and Gluck's Gym, LLC are located in Killingworth, Connecticut.

5. Neither myself nor Gluck's Gym, LLC conduct business within any other state, including North Carolina.

6. Through Gluck's Gym, LLC, I produce YouTube reviews of fitness equipment, which are posted across Gluck's Gym, LLC's social media accounts.

7. These reviews typically feature me describing the product and offering my subjective opinion about the product.

8. Neither myself nor Gluck's Gym, LLC maintain offices or agents in North Carolina.

1

9. Neither myself nor Gluck's Gym, LLC maintain property in North Carolina.

10. Neither myself nor Gluck's Gym, LLC have reached into the state of North Carolina to solicit business or engage in business activities in the state.

11. Neither myself nor Gluck's Gym, LLC have met with Plaintiff Vulcan in person in North Carolina.

12. Neither myself nor Gluck's Gym, LLC have executed a contract within North Carolina.

13. No choice of law or jurisdictional provision exists between the parties that would favor North Carolina in this matter.

14. The YouTube video at issue in this matter was created and uploaded in Connecticut.

15. A true and accurate copy of this video is attached as **Exhibit B** to this Motion to Dismiss.

16. This video was directed at a general audience and not specifically at anyone in North Carolina.

17. Neither myself nor Gluck's Gym, LLC is a competitor to Plaintiff Vulcan.

18. Neither myself nor Gluck's Gym, LLC sell fitness equipment.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1764.

Date:     12/26/2025

*Adrian Gluck*

_____

Adrian Gluck

2