# EXHIBIT B

https://www.youtube.com/watch?v=mUmEEvx5MM0&t=6s