UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-00878-FDW-SCR

| | |
|---|---|
| ADVANCED FITNESS CONCEPTS, INC. D/B/A VULCAN STRENGTH TRAINING SYSTEMS, <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN GLUCK AND GLUCK'S GYM LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants Adrian Gluck and Gluck's Gym LLC two Motions to Exceed Page Limit Under L.R. 7.1.(d), (Doc. Nos. 10, 11). In both Motions, Defendants ask the Court to extend the page and word limits for a Motion to Dismiss to 10,000 words or 30 pages. (Id.) On December 29, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint which complied with the requirements of the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina. (Doc. No. 12.) **IT IS THEREFORE ORDERED** that Defendants' Motions to Exceed Page Limit Under L.R. 7.1(d), (Doc. Nos. 10, 11), are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: December 31, 2025

_____
Frank D. Whitney
Senior United States District Judge