IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ADRIAN GLUCK and GLUCK'S GYM LLC,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 3:25-cv-878-FDW-SCR** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems ("Vulcan" or "Plaintiff"), by and through its undersigned counsel, respectfully moves pursuant to Rule 15(d), F.R.Civ.P., that the Court grant leave to file the proposed Supplemental Complaint in the form attached as Exhibit A, which sets out events that happened after the date of Plaintiff's Complaint filed in this action on October 31, 2025 (Dkt. 1).

Plaintiff is filing a brief in support contemporaneously with this motion.

The undersigned counsel for Plaintiff has communicated by email with counsel of record for Defendants, who stated that Defendants will oppose this motion.

**WHEREFORE**, Plaintiff respectfully prays that the Court grant leave to file the proposed Supplemental Complaint in the form attached as Exhibit A, and for such other and further relief as the Court may find proper.

Dated: December 31, 2025					Respectfully submitted,

                /s/Rodrick J. Enns
                Rodrick J. Enns
                N.C. State Bar No. 12151
                ENNS & ARCHER LLP
                939 Burke Street
                Winston-Salem, NC  27101
                Telephone:  (336) 723-5180
                E-mail:  renns@ennsandarcher.com

*Attorneys for Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems*