IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| **ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,**<br>  **Plaintiff,**<br>  v.<br>**ADRIAN GLUCK and GLUCK'S GYM LLC,**<br>  **Defendants.** | Civil Action No. 3:25-cv-878 |

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION
FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems ("Vulcan" or "Plaintiff"), by and through its undersigned counsel and pursuant to LCivR 7.1(c), respectfully submits this brief in support of its Motion For Leave To File Supplemental Complaint ("the Motion"). The proposed Supplemental Complaint is attached to the Motion as Exhibit A.

**Procedural Posture**

This action was commenced by the filing of Plaintiff's Complaint (Dkt. 1) on October 31, 2025. On December 29, 2025, Defendants filed a Motion to Dismiss pursuant to Rule 12(b)(2), F.R.Civ.P. (Dkt. 12). Accordingly, the pleadings are not yet closed, and joinder of the issues has not yet occurred.

**Argument**

Rule 15(d), F.R.Civ.P., provides that the Court "may, on just terms, permit a party to

serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."  Plaintiff's proposed Supplemental Complaint sets out events that happened after the date of Plaintiff's Complaint, consisting of additional false, misleading, and defamatory videos and other online statements published by Defendants.

A motion for leave to supplement is decided by "the same standards … as those for motions for leave to amend."  *Ramsey Grp., Inc. v. EGS Int'l, Inc.,* 208 F.R.D. 559, 562 (W.D.N.C. 2002), *citing Glatt v. Chicago Park Dist.*, 87 F.3d 190, 194 (7th Cir. 1996) (*citing in turn Foman v. Davis*, 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1962)); *Davis v. Piper Aircraft Corp.,* 615 F.2d 606, 608 n.3 (4th Cir. 1980)).

Those standards are that "motions to supplement 'should be freely granted, and should be denied only where "good reason exists . . ., such as prejudice to the defendants."'"  *Snodgrass v. Gilbert*, No. 24-6398, 2025 LX 37237, at *13-14 (4th Cir. Mar. 25, 2025) (unpublished), *quoting Franks v. Ross*, 313 F.3d 184, 198 n.15 (4th Cir. 2002).

Here, as in *Ramsey Grp., Inc.*, there is no prejudice because the "litigation is in its infancy," 208 F.R.D. at 562, the issues having not yet been joined.  In such circumstances, "The filing of a supplemental complaint ought to be allowed as of course."  *Snodgrass,* 2025 LX at *13, *quoting New Amsterdam Cas. Co. v. Waller*, 323 F.2d 20, 28-29 (4th Cir. 1963).

### Conclusion

Plaintiff respectfully submits that the Motion should be granted.

Dated:  December 31, 2025         Respectfully submitted,

**/s/Rodrick J. Enns**
Rodrick J. Enns
N.C. State Bar No. 12151
ENNS & ARCHER LLP
939 Burke Street

2

Case 3:25-cv-00878-FDW-SCR     Document 15     Filed 12/31/25     Page 2 of 3

Winston-Salem, NC  27101
Telephone:  (336) 723-5180
E-mail:  renns@ennsandarcher.com

*Attorneys for Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems*

**Certification of Counsel Concerning Use of Artificial Intelligence**

The undersigned counsel hereby certifies that:

1.  No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the Lexis on-line legal research service; and

2.  Every statement and every citation to an authority contained in this document has been checked by the undersigned attorney in this case as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated:  December 31, 2025

**/s/Rodrick J. Enns**
Rodrick J. Enns
N.C. State Bar No. 12151
ENNS & ARCHER LLP
939 Burke Street
Winston-Salem, NC  27101
Telephone:  (336) 723-5180
E-mail:  renns@ennsandarcher.com

*Attorneys for Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems*