IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,**<br><br>               **Plaintiff,**<br><br>    **v.**<br><br>**ADRIAN GLUCK and GLUCK'S GYM LLC,**<br><br>               **Defendants.** | **Civil Action No. 3:25-cv-878-FDW-SCR** |

## <u>DECLARATION OF CYRUS N. PETERSON</u>

The undersigned declares subject to the penalties of perjury as follows:

1.      My name is Cyrus N. Peterson.  I am founder and CEO of Advanced Fitness Concepts, Inc., the company doing business as Vulcan Strength Training Systems, the Plaintiff in this action.

2.      I formed Advanced Fitness Concepts, Inc. in 2008, and it began selling fitness equipment in 2009.  The company, which I will refer to as Vulcan Strength, is and always has been located in Charlotte, North Carolina.

3.      Vulcan Strength designs, contracts for the manufacture of, and markets and sells exercise and fitness equipment for Olympic weightlifting, strength training, and cross-training. We sell our equipment to home gyms, commercial gyms, military and police and fire training centers, and high school and college weight rooms.

4.      For many years, we have offered an Affiliate program for those interested in promoting our products.  Interested people or companies can go to the Affiliate Information page

on our web site at www.vulcanstrength.com/affiliate_info.asp and apply to become an Affiliate. A copy of this page as it exists today is attached to this Declaration as Exhibit A.  It existed in substantially the same form in 2021, with minor cosmetic differences.

5. When someone clicks the "Continue" button on the Affiliate Information page, they are taken to a Log In page, a copy of which is attached as Exhibit B.  This screen requires the user to create an account with us, or to log in to their account if they already have one.  It is not possible for a user to proceed with an Affiliate application until they have created an account.

6. Our web site includes an "About Us" page, a copy of which is attached as Exhibit C, that states, "Vulcan Strength Training Systems is located in Charlotte, North Carolina…" This "About Us" page is linked on every main page of our web site, including on the Affiliate Information page and on the Log In page.

7. Our web site also includes a "Terms and Conditions" page, a copy of which is attached as Exhibit D, that states, among other things, that all use of the site is "governed in all respects by the laws of the state of North Carolina, U.S.A.," and that "jurisdiction over and venue in any legal proceeding directly or indirectly arising out of or relating to this site (including but not limited to the purchase of Vulcan Strength Training Systems products) shall be in the state or federal courts located in Charlotte, North Carolina."  This "Terms and Conditions" page is linked on every main page of our web site, including on the Affiliate Information page and on the Log In page.

8. After creating or logging in to their account, the user is then presented with a copy of the Vulcan Strength Training Systems Affiliate Program Agreement.  A copy of this Agreement is attached as Exhibit E.  The Agreement states that it will commence "upon our acceptance of your Affiliate Program application."

2

9.      Once the user clicks "Yes, I do agree" at the end of the Agreement, and then clicks the "Submit" button, the application is submitted to us in North Carolina, and we review and advise the user if it has been accepted.

10.      The above process, including the screens and the Affiliate Agreement described above, have been in place without material change, other than minor cosmetic differences, since prior to 2021.

11.      Vulcan Strength's records kept in the ordinary course of business reflect that Adrian Gluck of Gluck's Gym utilized the above process to submit an Affiliate Program application to us in 2021.  A copy of Gluck's account page as maintained by us in the ordinary course of business is attached as Exhibit F.  It shows that Gluck and Gluck's Gym have the status of "Partner/Affiliate," and that the account was created 8/16/2021.  This record would only have been created upon our approval of an Affiliate application initiated by Gluck utilizing the above process.

12.      To my knowledge, neither I nor anyone on behalf of Vulcan Strength had ever had any contact with Gluck or Gluck's Gym prior to their submission of their Affiliate application in 2021.

13.      On April 1, 2024, Gluck sent an email to a Vulcan Strength representative that said in part, "We're reaching out to the companies at Home Gym Con that we'd be interested in filming with.  Just want to make sure you're ok with us filming your booth.  We'd also be interested in creating dedicated YouTube reviews of equipment like your Talos."

14.      To my knowledge, this was the first mention by anyone of the possibility of Gluck reviewing our Talos Home Universal Gym System, which is the subject of the Complaint in this action.

3

15.     On May 1, 2024, Gluck sent another email to our representative, again saying in relevant part, "Any interest in us reviewing your Forge and Talos?"

16.     In July 2024, I responded by email directly to Gluck, noting that "I see you have been an affiliate for some time but have not done any reviews or received any commissions. We'd like to get a review of the Forge and Talos and want to give individual reviewers a chance first before the big companies."

17.     In a subsequent email to me on July 30, 2024, Gluck stated that "We've mentioned you in sales pages from time to time," and that his Vulcan affiliate account "shows some clicks going through (about 1500 or so over the years) and a sale or two each year but no commissions."

18.     I responded by email on August 1, 2024, telling Gluck that he needed to take an additional step: "There is a screen that pops up after you signed the form initially and I think maybe that part was missed some how." I included a link for him to complete the steps. He responded by email eight minutes later saying, "Should be all set now."

19.     In May 2025, we paid Gluck's Gym $221.40, representing accumulated Affiliate commissions earned pursuant to the Affiliate Agreement.

20.     We do not send our equipment for free to any reviewer unless the reviewer has signed our Affiliate Agreement and we have approved it. That is why I engaged in the email dialogue with Gluck described above to ensure that the process was properly completed.

21.     Following our August 1, 2024, email exchange, Gluck reached out again by email two months later on October 3, 2024, saying, "Any news or updates on the Talos or Forge? We're still interested in some reviews if you're open to it."

22.     Gluck and I exchanged emails over the next few months about him reviewing the

4

Talos, and in June 2025 we shipped him the equipment from our North Carolina warehouse. Pursuant to Gluck's Affiliate Agreement, we provided the equipment at no charge for purposes of a review.

23. Both before and after his receipt of the review equipment, I had extensive email exchanges and telephone calls with Gluck about the product. Over a period of eleven months we exchanged more than eighty emails and text messages about the Talos review, and had several telephone calls as well. From occasional references by him as well as me, it was clear that Gluck knew he was dealing with me in North Carolina, and that our equipment was being shipped to him from our warehouse in North Carolina. In total, Gluck has engaged in more than one hundred email, text, and telephone communications with Vulcan personnel since 2023.

24. Vulcan Strength is not the only North Carolina company that Gluck has entered into an agreement with. His web site at www.glucksgym.com also lists Freedom Fitness Equipment as an affiliate, and directs users to the Freedom Fitness website where "Code GLUCK saves 5%." Freedom Fitness Equipment is headquartered in and operates from offices in Charlotte, North Carolina, as stated on its web site at https://freedomfitnessequipment.com.

25. From the time Gluck first published his review of the Talos on Patreon.com titled "I just killed the Vulcan Talos (& maybe Vulcan too)" on August 29, 2025, and then republished it on YouTube under the title "This Is The Worst Product I've Ever Reviewed...," Vulcan began receiving many negative comments on our company web site, social media pages, and customer support lines. Most of these commenters did not explicitly state their location, but a number of them indicated they were from North Carolina, as would be expected given that it is Vulcan's home state.

26. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury

5

that the foregoing is true and correct of my own personal knowledge.

Date: 9 JAN 86

_____
Cyrus X. Peterson