# Exhibit A

**to**

**DECLARATION OF CYRUS N. PETERSON**



   

## Affiliate

# The Vulcan Strength Training Systems Affiliate Program

Our unique affiliate program allows you to generate a solid income, with little work by you. We have developed the tools you need to be successful. If approved into our affiliate program you will receive the following: - Banner ads and text links that you can choose, copy & paste into your website or into emails or email blast templates. - A unique URL which will automatically track all sales you generate. - Access to your affiliate account panel where you can view your orders and current affiliate earnings. If you do not already have an account on the vulcanstrength.com site, you will need to first set up a regular account and then again navigate to the 'Become an Affiliate' link at the bottom of the page. *Disclaimer: Equipment packages are not eligible for affiliate commissions.

You will be contacted via email regarding your affiliate application and the specific terms of your affiliate account, if approved. Be on your way to success today, apply now!

**Continue**



Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:42:38 PM

My Rewards
View My Cart

## COMPANY

About Us
Contact
Privacy Policy
Terms & Conditions
Re-sellers

## CUSTOMER CARE

Help / FAQ
Shipping Policy
Returns & Exchanges
Affiliate Information
Knowledge Base
Vulcan Strength Reviews
Discounts
Equipment Financing
Military Discount

© 2010-2026 Vulcan Strength Training Systems. Designed and Developed by Vulcan Strength

Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:42:38 PM