# Exhibit B

to

**DECLARATION OF CYRUS N. PETERSON**





# Login

**To signup for the affiliate program, please login with your e-mail address and password, or create a new account below.**

## Returning Customers

If you've purchased from us before, please login with your email address.

**Email Address:**

Continue

## New Customers

If this is your **first** purchase with us, please proceed by clicking the following button to continue first-time registration.

Continue



Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:57:30 PM

Case 3:25-cv-00878-FDW-SCR    Document 17-2    Filed 01/12/26    Page 2 of 3

**COMPANY**

About Us
Contact
Privacy Policy
Terms & Conditions
Re-sellers

**CUSTOMER CARE**

Help / FAQ
Shipping Policy
Returns & Exchanges
Affiliate Information
Knowledge Base
Vulcan Strength Reviews
Discounts
Equipment Financing
Military Discount

© 2010-2026 Vulcan Strength Training Systems. Designed and Developed by Vulcan Strength

Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:57:30 PM

Case 3:25-cv-00878-FDW-SCR    Document 17-2    Filed 01/12/26    Page 3 of 3