# Exhibit C

**to**

**DECLARATION OF CYRUS N. PETERSON**



# About Us

**Vulcan Strength Training Systems Equipment for CrossFit, Strength & Conditioning**



## VULCAN STORY

Although we like Star Trek, the name Vulcan is that of the mythological Roman god of fire, volcanoes, and the Forge, renowned as a master blacksmith and craftsman. Vulcan was skilled at creating weapons, armor, and other divine objects and is symbolically associated with the metal/steel industry. We chose this name as it is a name associated with strength, quality, durability, and innovation. Coincidentally, bumper plates are also made from a process called

Vulcanization, a process of essentially "forging" rubber.

Vulcan Strength Training Systems is located in Charlotte, North Carolina and was established in 2009. Vulcan Strength is a primary gym equipment brand. Vulcan continues to provide quality exercise equipment for Olympic weightlifting, strength training, and cross-training, to garage/home gyms, commercial gyms, CrossFit gyms, military/police/fire training centers, and High School/College Weight rooms. We are constantly developing new and innovative products to meet today's strength training demands.
Vulcan Strength Training Systems is a 100% Veteran owned company, and we are proud to offer products manufactured both abroad, and here in the USA. We strive to offer the highest quality products available on today's market, and our dedication to complete customer satisfaction is one of our fundamental beliefs.



Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:59:59 PM

**Email: contact us**

Enter your email address…

## ACCOUNT

Sign in / Register
Wishlist
My Rewards
View My Cart

## COMPANY

About Us
Contact
Privacy Policy
Terms & Conditions
Re-sellers

## CUSTOMER CARE

Help / FAQ
Shipping Policy
Returns & Exchanges
Affiliate Information
Knowledge Base
Vulcan Strength Reviews
Discounts
Equipment Financing
Military Discount

© 2010-2026 Vulcan Strength Training Systems. Designed and Developed by Vulcan Strength

Captured by FireShot Pro: www.vulcanstrength.com
05 January 2026, 01:59:59 PM