# Exhibit D

**to**

**DECLARATION OF CYRUS N. PETERSON**



**Terms and Conditions**
*Terms and Conditions*

All users of this site agree that access to and use of this site are subject to the following terms and conditions and other applicable law.

**Refund/Return Policy:**
The original sales receipt must accompany returns.

We accept returns for exchange or refund 30 calendar days after delivery of the product.

Items must be in New, Unaltered and Unused condition
Items must be returned in their original packaging
Without showing signs of wear or damage in any way
Within 30 calendar days of the delivery date
Items that are customized are part of a quoted list cannot be returned

There is a 20% restocking fee for returned items that are not being exchanged for items of equal value.

If an item is received damaged, please contact Customer Support. All items that leave our warehouse are thoroughly inspected and well packaged.
If an item is received without any structural defects that prevent it"s use, and the customer would simply like to return it, the customer will be refunded the sales price of the item minus a 20% restocking fee. The customer will be responsible for all shipping costs and the proper packaging of the item being returned. Returns will not be accepted if not in their original packaging .
All returns require a Return Authorization number.

**Cancellation Policy:**
Click the "My Account / Order Status" link at the top right hand side of our site to view orders you have placed. Then click the "Change quantities / cancel orders" link to find and edit your order. Once an order has begun processing or has shipped, the order items cannot be cancelled. If you are unable to cancel your order online, please use the contact form link in your order confirmation.

**Shipping Policy:**
Any additional freight carrier's fees such as re-delivery or address correction are the responsibility of the customer. Changes to address after shipments have left the Vulcan warehouse may result in a re-consignment fee charged by the carrier. If additional services are requested by you and billed to Vulcan Strength, all such fees will be the responsibility of the customer.. If the freight carrier is unable to deliver the freight due to problems with contacting you or setting up delivery appointments, refusal of delivery, etc., storage fees may be assessed by the carrier. In such a case, all storage fees and/or return delivery fees are the responsibility of the customer.

*Vulcan Strength Training Systems*
*655-H Pressley Rd*
*Charlotte, NC 28217*
**Email Customer Service:** Vulcan Strength
**or Call: 877-986-4313**

**Copyright**
The entire content included in this site, including but not limited to text, graphics or code is copyrighted as a collective work under the United States and other copyright laws, and is the property of Vulcan Strength Training Systems. The collective work includes works that are licensed to Vulcan Strength Training Systems. Copyright 2008, Vulcan Strength Training Systems ALL RIGHTS RESERVED. Permission is granted to electronically copy and print hard copy portions of this site for the sole purpose of placing an order with Vulcan Strength Training Systems or purchasing Vulcan Strength Training Systems products. You may display and, subject to any expressly stated restrictions or limitations relating to specific material, download or print portions of the material from the different areas of the site solely for your own non-commercial use, or to place an order with Vulcan Strength Training Systems or to purchase Vulcan Strength Training Systems products. Any other use, including but not limited to the reproduction, distribution, display or transmission of the content of this site is strictly prohibited, unless authorized by Vulcan Strength Training Systems. You further agree not to change or delete any proprietary notices from materials downloaded from the site.

Captured by FireShot Pro: 07 January 2026, 10:54:51 AM
https://getfireshot.com

## Trademarks
All trademarks, servicemarks and trade names of Vulcan Strength Training Systems used on this site are federally registered marks of Vulcan Strength Training Systems. Vulcan's trademarks, servicemarks and trade names are valuable assets. Nothing contained on this site should be construed as granting, by implication, estoppel or otherwise, any license or right to use any trademark or servicemark displayed on the site, or any license or right to use any other trademark owned by Vulcan. You may not use the Vulcan marks for any purpose except pursuant to an express written trademark license from Vulcan. Any use of Vulcan's trademarks, without Vulcan's prior written consent may constitute trademark infringement and unfair competition in violation of federal and state law. In the event you misuse any trademark or servicemark in violation of these terms and conditions, we will aggressively enforce our intellectual property rights to the fullest extent of the law, including the seeking of criminal prosecution.

## Warranty Disclaimer
This site and the materials and products on this site are provided "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Vulcan Strength Training Systems disclaims all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose and non-infringement. Vulcan Strength Training Systems does not represent or warrant that the functions contained in the site will be uninterrupted or error-free, that the defects will be corrected, or that this site or the server that makes the site available are free of viruses or other harmful components. Vulcan Strength Training Systems does not make any warrantees or representations regarding the use of the materials in this site in terms of their correctness, accuracy, adequacy, usefulness, timeliness, reliability or otherwise. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to you.

## Limitation of Liability
Vulcan Strength Training Systems shall not be liable for any special or consequential damages that result from the use of, or the inability to use, the materials on this site or the performance of the products, even if Vulcan Strength Training Systems has been advised of the possibility of such damages. Applicable law may not allow the limitation of exclusion of liability or incidental or consequential damages, so the above limitation or exclusion may not apply to you.

## Typographical Errors
In the event that a Vulcan Strength Training Systems product is mistakenly listed at an incorrect price, Vulcan Strength Training Systems reserves the right to refuse or cancel any orders placed for product listed at the incorrect price. Vulcan Strength Training Systems reserves the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card charged. If your credit card has already been charged for the purchase and your order is canceled, Vulcan Strength Training Systems shall issue a credit to your credit card account in the amount of the incorrect price.

## Term; Termination
These terms and conditions are applicable to you upon your accessing the site and/or completing the registration or shopping process. These terms and conditions, or any part of them, may be terminated by Vulcan Strength Training Systems without notice at any time, for any reason. The provisions relating to Copyrights, Trademark, Disclaimer, Limitation of Liability, Indemnification and Miscellaneous, shall survive any termination.

## Notice
Vulcan Strength Training Systems may deliver notice to you by means of e-mail, a general notice on the site, or by other reliable method to the address you have provided to Vulcan Strength Training Systems.

## Miscellaneous
Your use of this site shall be governed in all respects by the laws of the state of North Carolina, U.S.A., without regard to choice of law provisions, and not by the 1980 U.N. Convention on contracts for the international sale of goods. You agree that jurisdiction over and venue in any legal proceeding directly or indirectly arising out of or relating to this site (including but not limited to the purchase of Vulcan Strength Training Systems products) shall be in the state or federal courts located in Charlotte, North Carolina. Any cause of action or claim you may have with respect to the site (including but not limited to the purchase of Vulcan Strength Training Systems products) must be commenced within one (1) year after the claim or cause of action arises. Vulcan Strength Training Systems's failure to insist upon or enforce strict performance of any provision of these terms and conditions shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any of these terms and conditions. Vulcan Strength Training Systems may assign its rights and duties under this Agreement to any party at any time without notice to you.

## Use of Site
Harassment in any manner or form on the site, including via e-mail, chat, or by use of obscene or abusive language, is strictly forbidden. Impersonation of others, including a Vulcan Strength Training Systems or other licensed employee, host, or representative, as well as other members or visitors on the site is prohibited. You may not upload to, distribute, or otherwise publish through the site any content which is libelous, defamatory, obscene, threatening, invasive of privacy or publicity rights, abusive, illegal, or otherwise objectionable which may constitute or encourage a criminal offense, violate the rights of any party or which may otherwise give rise to liability or violate any law. You may not upload commercial content on the site or use the site to solicit others to join or become members of any other commercial online service or other organization.

Captured by FireShot Pro: 07 January 2026, 10:54:51 AM
https://getfireshot.com

**Participation Disclaimer**

Vulcan Strength Training Systems does not and cannot review all communications and materials posted to or created by users accessing the site, and is not in any manner responsible for the content of these communications and materials. You acknowledge that by providing you with the ability to view and distribute user-generated content on the site, Vulcan Strength Training Systems is merely acting as a passive conduit for such distribution and is not undertaking any obligation or liability relating to any contents or activities on the site. However, Vulcan Strength Training Systems reserves the right to block or remove communications or materials that it determines to be (a) abusive, defamatory, or obscene, (b) fraudulent, deceptive, or misleading, (c) in violation of a copyright, trademark or; other intellectual property right of another or (d) offensive or otherwise unacceptable to Vulcan Strength Training Systems in its sole discretion.

**Indemnification**

You agree to indemnify, defend, and hold harmless Vulcan Strength Training Systems, its officers, directors, employees, agents, licensors and suppliers (collectively the "Service Providers") from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of these terms and conditions or any activity related to your account (including negligent or wrongful conduct) by you or any other person accessing the site using your Internet account.

**Third-Party Links**

In an attempt to provide increased value to our visitors, Vulcan Strength Training Systems may link to sites operated by third parties. However, even if the third party is affiliated with Vulcan Strength Training Systems, Vulcan Strength Training Systems has no control over these linked sites, all of which have separate privacy and data collection practices, independent of Vulcan Strength Training Systems. These linked sites are only for your convenience and therefore you access them at your own risk. Nonetheless, Vulcan Strength Training Systems seeks to protect the integrity of its web site and the links placed upon it and therefore requests any feedback on not only its own site, but for sites it links to as well (including if a specific link does not work).

**Reviews**

Except as otherwise provided elsewhere in this Agreement or on the Site, anything that you submit or post to the Site and/or provide us, including without limitation, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, "Submissions") is and will be treated as nonconfidential and nonproprietary, and we shall have the royalty-free, worldwide, perpetual, irrevocable and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. All Submissions shall automatically become our sole and exclusive property and shall not be returned to you.

In addition to the rights applicable to any Submission, when you post comments or reviews to the Site, you also grant us the right to use the name that you submit with any review, comment, or other Content, if any, in connection with such review, comment, or other content. You represent and warrant that you own or otherwise control all of the rights to the reviews, comments and other Content that you post on this Site and that use of your reviews, comments, or other Content by us will not infringe upon or violate the rights of any third party. You shall not use a false e mail address, pretend to be someone other than yourself or otherwise mislead us or third parties as to the origin of any Submissions or Content. We may, but shall not be obligated to, remove or edit any Submissions (including comments or reviews) for any reason.

↑

**Email: contact us** Enter your email address...

Captured by FireShot Pro: 07 January 2026, 10:54:51 AM
https://getfireshot.com

## ACCOUNT

Sign in / Register

Wishlist

My Rewards

View My Cart

## COMPANY

About Us

Contact

Privacy Policy

Terms & Conditions

Re-sellers

## CUSTOMER CARE

Help / FAQ

Shipping Policy

Returns & Exchanges

Affiliate Information

Knowledge Base

Vulcan Strength Reviews

Discounts

Equipment Financing

Military Discount

© 2010-2026 Vulcan Strength Training Systems. Designed and Developed by Vulcan Strength

Captured by FireShot Pro: 07 January 2026, 10:54:51 AM
https://getfireshot.com