# Exhibit E

to

**DECLARATION OF CYRUS N. PETERSON**

# Vulcan Strength Training Systems

## Affiliate Program Agreement

First Name:

Last Name:

Street:

City:

State:

ZIP Code:

Telephone Number:

Email:

Complete all information. Read terms and conditions below and acknowledge agreement to be entered into the Vucan Strength Training Systems Affiliate Program

Vulcan Strength Training Systems Affiliate Program - Terms & Condition

Enrolling in the Vulcan Strength Training Systems Program. Every contractually capable individual or entity is allowed to enroll in the Vulcan Strength Training Systems Program that accepts and adheres to this Agreement.

This Agreement contains the Terms & Conditions that apply to each individual person or entity that joins the Vulcan Strength Training Systems Affiliate Program. As used in this Agreement, "we", "us", or "our" means Vulcan Strength Training Systems or any of our affiliate companies, as the case may be, and "you" means the applicant. In case of breach of this agreement, Vulcan Strength Training Systems reserves the right to terminate the Affiliate enrollment and freeze affiliate earnings and refuse withdrawal at any time at sole discretion of the company.

**Purpose**
The purpose of the Vulcan Affiliate Program is to provide individuals and organizations with the opportunity to promote Vulcan products in exchange for commissions on sales directly attributed to the Affiliate's efforts.

**Product Use & Promotion**
Products may be provided to Affiliates, at the sole discretion of Vulcan Strength Training Systems, for the purpose of promoting said products. Affiliates also have the option of purchasing Vulcan products at the retail price listed on www.vulcanstrength.com.

Affiliates are required to:

Represent Vulcan products and services.

Avoid slander, misrepresentation, or disparagement of Vulcan products, services, or reputation.

Use Vulcan trademarks, images, or other materials only in ways that do not harm the reputation of Vulcan Strength Training Systems.

1. Advertisement Restrictions

Vulcan Strength Training Systems prohibits the participation of websites that are determined unsuitable for the Vulcan Strength Training Systems Affiliate Program due to, but not limited to, legal and ethical reasons. Possible reasons for this might be websites:

- discount, deal, coupon, or promo code websites, blogs, or pages

- with pornographic content

Captured by FireShot Pro: forms.aweber.com
05 January 2026, 01:51:43 PM

- that glorify violence, contain youth endangering material or defame or discriminate a person or a group of people because of their religion, their race, their handicap or other reasons

- that contain racist or sexist content

- that infringe intellectual property of others

- that contain variations of the Vulcan Strength Training Systems logo or any other Vulcan Strength Training Systems trademark

- that violate national or international law

It is also prohibited to send bulk e-mails (spam) that contain links to Vulcan Strength Training Systems without prior consent of the recipient.

2. Order Processing

All orders placed through your personalized affiliate link will be processed by Vulcan Strength Training Systems or one of its contracted companies. Vulcan Strength Training Systems reserves the right to reject or cancel any order prior to processing. Only orders that have been fully processed (dispatched) will be listed as Sales in your Affiliate history. In case of fraudulent transactions (for example credit card chargebacks), we reserve the right to reverse already credited Affiliate commissions. You will have access to Affiliate reports summarizing your sales activity.

3. Referral Commissions

Vulcan Strength Training Systems will pay you a referral commission upon successful sale completion in accordance with our Affiliate Rates. Please note that all commission rates are for reference only and subject to change at any time without prior notice and discrepancies between the rate chart and actual affiliate earnings may occasionally occur. Please refer to your affiliate account for your affiliate rates
Note: You must be logged in with a registered affiliate account to access this information.

Affiliate commission will only be paid on the total product value (without shipping charges) and minus any advertised discounts that might apply.

You may not purchase products through your own affiliate links for your own use, for resale or commercial use of any kind. This includes orders for customers or on behalf of customers or orders for products to be used by you or your friends, relatives, or associates in any manner. Such purchases may result (upon our sole discretion) in the withholding of referral fees and/or the termination of this Agreement.

4. Compliance with Laws

By participating in the Vulcan Strength Training Systems Affiliate Program, you agree as a participant to will comply with all laws, ordinances, rules, regulations, orders, licenses, permits, judgments, decisions or other requirements of any governmental authority that has jurisdiction over you, whether those laws, etc. are now in effect or later come into effect during the time you are a participant of the program.

5. Term of the Agreement

The term of this Agreement will commence upon our acceptance of your Affiliate Program application and will end when terminated by either party. Either party of this Agreement is allowed to terminate it at any time, with or without cause, by giving the other party written notice of termination. Sales commissions will no longer be paid upon termination of the Agreement.

6. Modification

We may modify this agreement as well as our Rates Options guidelines at any time and in our sole discretion, by posting an updated agreement on the Vulcan Strength Training Systems website. You must terminate your affiliate status with us if any modification has been found unacceptable for you.

7. Limitation of Liability

We will not be liable for indirect, special, or consequential damages (or any loss of revenue, profits, or data) arising in connection with this Agreement or the Affiliate Program, even if we have been advised of the possibility of such damages. Further, our aggregate liability arising with respect to this Agreement and the Affiliate Program will not exceed the total referral commissions paid or payable to you under this Agreement.

By clicking agree below I have indicated that I understand and fully agree with the terms of this agreement.

I Agree fully to the terms and conditions above
- ● Yes, I do agree
- ● No, I do not agree

Email Marketing Services

[Submit]

email privacy

Captured by FireShot Pro: forms.aweber.com
05 January 2026, 01:51:43 PM