# Exhibit F

to

**DECLARATION OF CYRUS N. PETERSON**

