IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ADVANCED FITNESS CONCEPTS, INC. d/b/a VULCAN STRENGTH TRAINING SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN GLUCK and GLUCK'S GYM LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-878-FDW-SCR |

## DECLARATION OF RODRICK J. ENNS

The undersigned declares subject to the penalties of perjury as follows:

1. My name is Rodrick J. Enns. I am counsel of record for Plaintiff Advanced Fitness Concepts, Inc. d/b/a Vulcan Strength Training Systems.

2. Exhibit A is a true and correct screen capture of the first screen of the web page located on the internet at https://www.youtube.com/watch?v=mUmEEvx5MM0, which I created on January 12, 2026.

3. Exhibit B is a true and correct screen capture of the web page located on the internet at https://glucksgym.com/pages/affiliates, which I created on December 30, 2026.

4. Exhibit C is a true and correct screen capture of the web page located on the internet at https://glucksgym.com/pages/black-friday-gym-equipment-sales, which I created on December 30, 2026.

5. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge.

Date: January 12, 2026   _____
                          Rodrick J. Enns