# Exhibit A

to

**DECLARATION OF RODRICK J. ENNS**



Case 3:25-cv-00878-FDW-SCR    Document 18-1    Filed 01/12/26    Page 2 of 2