# Exhibit B

to

**DECLARATION OF RODRICK J. ENNS**


  
# Gluck's Gym Affiliates



**Rep Fitness**
Does it all and does it well
Shop



**Rogue Fitness**
Still the biggest name in home gyms
Shop



**Amazon**
What else is there to say?
Shop



**Bells of Steel**
Quickly becoming a powerhouse in the space.
Shop



**Giant Lifting**
We LOVE their bumpers and specialty bars!
Shop
Code GLUCK Saves 5%



**Titan Fitness**
We have a love hate relationship.
Shop



**Freak Athlete**
High value versatile home gym equipment
Shop



**Ironmaster**
Unique & Versatile stuff
Shop



**Force USA**
Force USA has had some big releases this year!
Shop



**Fringe Sport**
Solid gear at great prices.
Shop



**PRx Performance**
Innovative space saving folding gym setups
Shop
Code GLUCK saves 5%



**Gungnir**
Nothing else like their built in clips
Shop



**Bullet Proof**
Innovation at its finest.
Shop



**Bolt Fitness**
Huge Catalog of Equipment & Machines
Shop



**Get RX'd**
A little bit of everything
Shop

Gluck's Gym Exclusive Coupon Codes

- [Prime Fitness](): Code GLUCK saves 5%
- [Bells Of Steel](): Code GLUCK saves 5% on [this]() bar
- [Giant Lifting](): Code GLUCK saves 5%
- [PRx](): Code GLUCK saves 5%
- [Trulap](): Code GLUCK saves 5%
- [Trak Fitness]() – Code GLUCK saves $10
- [Egg Weights](): Code GLUCK saves 10%
- [XMaster](): Code GLUCK saves 5%
- [Force USA](): Code GLUCK saves 5%
- [Weight It Out](): Code GLUCK saves 5%
- [Exponent Edge](): Code GLUCK saves 5%
- [Darko Lifting](): Code GLUCK saves 5%
- [Freedom Fitness Equipment](): Code GLUCK saves 5%
- [Force 6 Fitness](): Code GLUCK saves 5%
- [Porter PhysEd Fitness](): Code GLUCK saves 5%
- [Micro Gainz](): Code GLUCK saves 10%
- [Mikolo Fitness](): Code GLUCK saves 5%
- [Surplus Strength](): Code GLUCK saves 5%
- [Rorman Strength](): Code GLUCK saves 5%
- [Wall Control](): Code GLUCKSGYM saves 10%
- [Gym Pin](): Code GLUCKS saves 10%
- [Boost Camp](): Use code GLUCK for 2 weeks of premium access.
- [Keppi Fitness](): Code GLUCK saves 6%
- [Bridge Built](): Code GLUCK saves 5%
- [Plate Snacks](): Code GLUCK10 saves 10%
- [Griffin Fitness](): Code GLUCK saves 5%
- [Synergy Custom Fitness](): Code GLUCK saves 21%
- [Stepr](): Code GLUCK gives you a free extended warranty
- [GMWD](): Code GLUCK saves 5%

- [Abmat]()
- [American Barbell]()
- [Assault Fitness]()
- [Bare Steel Equipment]()
- [Bells of Steel]()
- [Belt Fed Strength]()
- [Beyond Power (Voltra)]()
- [Bolt Fitness]()
- [Boostcamp]()
- [Bridge Built]()
- [Bulletproof Fitness]()
- [Concept 2]()
- [IronMaster]()
- [Irwin Fitness]()
- [Kensui Fitness]()
- [Keppi Fitness]()
- [Maxum Fitness US]()
- [Maxum Fitness CA]()
- [Micro Gainz]()
- [Mikolo Fitness]()
- [Plate Snacks]()
- [Porter PhysEd Fitness]()
- [PowerBlock]()
- [Prime Fitness]()

- Darko
- Dialed Motion
- Egg Weights
- Eisenlink
- Exponent Edge
- Fight Camp
- Force USA
- Force 6 Fitness
- Freak Athlete
- Freedom Fitness
- Fringe Sport
- Get RX'D
- Giant Lifting
- GMWD
- Griffin Fitness
- Gungnir
- GymPin
- Homegrown Lifting

- PRX Performance
- Rep Fitness
- Resistance in Rotation (CUBB)
- Rogue
- Rorman Strength
- Snode
- The Strength Co.
- STEPR
- Surplus Strength
- Synergee Custom Fitness
- Temple of Gains
- Tib Bar Guy
- Titan Fitness
- Trulap
- Trak Fitness
- Wall Control
- Weight It Out
- XMaster

Not looking to purchase anything but still want to support us? Consider joining our Patreon!

## Newsletter

Email address    [Subscribe]

© 2025, Glucksgym  Powered by Shopify

Captured by FireShot Pro: glucksgym.com
30 December 2025, 03:09:08 PM