# Exhibit C

**to**

**DECLARATION OF RODRICK J. ENNS**

# Best Black Friday & Cyber Monday Gym Equipment Sales 2025

By Gluck and Wynie



Black Friday and Cyber Monday are the best times to shop for gym equipment. All major companies run sales during the month of November and it's when you'll find the deepest discounts as well. We're collecting all the best gym equipment deals for 2025 right here!

This is an ever expanding and constantly updated list that details all the Black Friday sales. Companies will offer deep discounts, free shipping, and free gifts or tiered deals where the discount increases the more you spend. If you aren't sure what to purchase then check out our sales breakdown on every single company (below).

Gluck's Gym is independent and family owned. Some of the links on this page are affiliate links which means if you click on one and buy something we'll receive a small commission at no cost to. Thank you so much for your support!

Table of Contents >


### Rep Fitness
November 28-30 save 10% on EVERYTHING! Use code **REP10** to save.

[Shop Rep Deals]

**Rep Fitness Sales Breakdown**


### Amazon
Amazon sales always delivers big during November! Shop sales on tons of items!

[Shop Amazon Deals]

**Amazon Sales Breakdown**


### Rogue Fitness
Rogue runs their biggest sales of the year during their Matte Black November event.

[Shop Rogue Deals]

**Rogue Fitness Sales Breakdown**


### Giant Lifting
Save BIG at Giant Lifting all month long with up to 40% OFF sitewide!

[Shop Giant Deals]

**Code GLUCK Saves 5%**
**Giant Lifting Sales Breakdown**


### Ironmaster
Save 20% Sitewide starting NOW!

[Shop Ironmaster Deals]

**Ironmaser Sale Breakdown**


### Bells of Steel
Some of the deepest discounts we've seen this year. Save on bars, benches, racks, and more.

[Shop Bells Deals]

**Code GLUCK saves 5%**
**Bells Sales Breakdown**


### Freak Athlete
Save up for $400 on the Hyper Pro bundle and Buy 2 Attachments Get 1 Freak on the ABX Bench.

[Shop Freak Athlete Sales]

**Freak Athlete Sales Breakdown**

### Titan Fitness
Titan Fitness Black Friday deals are on right now. They've got deals on hundreds of items!

[Shop Titan Deals]

### Force USA
Force USA had a unique offer including a free barbells, free tiles, and money off select purchases.

[Shop Force USA Deals]

**Code GLUCK saves 5%**


**PRx Performance**

Offering up to $150 off Racks!

**PRx Performance Sales**

**Code GLUCK saves 5%**

PRx Sales Breakdown


**Fringe Sport**

5% Off Sitewide with exclusive deals, and a tiered discount program save up to 20%!

**Shop Fringe Deals**


**Get RX'd**

Get RX'd went big this year! Get 10% off sitewide and up to 40% on select items Nov 3 – Dec 4.

**Shop Get RXd Deals**

Get RX'd Sales Breakdown

Additonal Black Friday Deals!

- Abmat – 25% Off EVERYTHING use code COTD2
- American Barbell – Last year offered 25% Off Sitewide
- Bare Steel Equipment
- Belt Fed Strength
- Beyond Power (Voltra) – Up to 26% Off
- Bolt Fitness – Up to 30% Off sitewide
- Bulletproof Fitness – Isolator normally $1040 marked down to $647
- Concept 2
- Darko
- Egg Weights – Everything is on Sale!
- Eisenlink – Up to 20% Off
- Exponent Edge – 15% Off EVERYTHING
- Freedom Fitness – Up to 55% OFF everything
- GMWD – Tiered sale up to 10% OFF Everything
- Griffin Fitness – A tiered sale, get up to 25% Off everything
- Gungnir – Up to 25% Off Bars
- GymPin – Offered 20% Off sitewide Use code BF2025
- Homegrown Lifting – Up to 15% Off sitewide
- Kensui Fitness – Up to 30% Off everything!

- Maxum Fitness – The more you spend the more you save, up to $400 Off, and 10% Off all carido Canada Affiliate
- Micro Gainz – Up to 25% Off Everything
- Mikolo Fitness – Everything is on sale!
- Plate Snacks
- Porter PhysEd Fitness – Up to $50 Off attachments
- PowerBlock – 15% OFF sitewide
- Resistance in Rotation (CUBB) – 10% OFF sitewide
- Rorman Strength
- Snode – 10% Off everything with code BF2025
- The Strength Co. – Save up to $250
- Surplus Strength
- Stepr – Free Shipping and Gear!
- Synergee Custom Fitness – HUGE Sales code GLUCK gets you 21% OFF!
- Temple of Gains – 100$ Off all plate-loaded machines the more you buy the more you save!
- Trak Fitness – Code GLUCK saves $10
- Trulap – 100$ OFF with code BLKFRI11
- Wall Control
- Weight It Out –Up to 15% Off select items

- Keppi Fitness – 20% Off Everything
- XMaster – Up to 30% OFF chrome plates

Gluck's Gym Exclusive Coupon Codes

- Prime Fitness: Code GLUCK saves 5%
- Bells Of Steel: Code GLUCK saves 5% on this bar
- Giant Lifting: Code GLUCK saves 5%
- PRx: Code GLUCK saves 5%
- Trulap: Code GLUCK saves 5%
- Trak Fitness – Code GLUCK saves $10
- Egg Weights: Code GLUCK saves 10%
- XMaster: Code GLUCK saves 5%
- Force USA: Code GLUCK saves 5%
- Weight It Out: Code GLUCK saves 5%
- Exponent Edge: Code GLUCK saves 5%
- Darko Lifting: Code GLUCK saves 5%
- Freedom Fitness Equipment: Code GLUCK saves 5%
- Force 6 Fitness: Code GLUCK saves 5%
- Porter PhysEd Fitness: Code GLUCK saves 5%
- Micro Gainz: Code GLUCK saves 10%
- Mikolo Fitness: Code GLUCK saves 5%
- Surplus Strength: Code GLUCK saves 5%
- Rorman Strength: Code GLUCK saves 5%
- Wall Control: Code GLUCKSGYM saves 10%
- Gym Pin: Code GLUCKS saves 10%
- Boost Camp: Use code GLUCK for 2 weeks of premium access.
- Keppi Fitness: Code GLUCK saves 6%
- Bridge Built: Code GLUCK saves 5%
- Plate Snacks: Code GLUCK10 saves 10%
- Griffin Fitness: Code GLUCK saves 5%
- Synergy Custom Fitness: Code GLUCK saves 21%
- Stepr: Code GLUCK gives you a free extended warranty
- GMWD: Code GLUCK saves 5%

**Rep Fitness: Highlighted Deals**

Nov 28-30 get 10% off EVERYTHING at Rep use code **REP10** to save. Each week Rep will be pushing out new deals this November.







**Rep x Pepin Dumbbells**
10% OFF

Almost univerally crowned the best adjustable dumbbell and now it's on sale.

Shop Now

**QuickDraw Adjustable Dumbbells**
10% OFF

We where more than impressed by the QuickDraws when they came out. See how they measured up to the competition in our review.

Shop Now

**Hex Dumbbells**
10% OFF

Save 10% on Rep's Hex and Urethane dumbbells. We've owned ours for years and use them every single workout.

Shop Now

Rep Fitnesss Black Friday Sales

**Ironmaster: Highlighted Deals**

Ironmaster is a company that has stood the test of time thanks to its durable design and inovative style. We've reviewed on their Super Bench Pro, Quick-Locks dumbbells, and more!




**Super Bench Pro**

The world's most versatile adjustable bench is 20% off! All attachments for the Super Bench Pro are on sale as well!

Shop Now

**Quick-Lock Adjustable Dumbbells**

With weight increments from 5-180 lb the most durable adjustable dumbbell on the market is 20% off!

Shop Now

**20% Off Sitewide**

If you're looking for more discounts from Ironmaster they'll be releasing new deals each week so keep checking back.

Shop Now

Ironmaster Black Friday Sales

Captured by FireShot Pro: glucksgym.com
30 December 2025, 03:01:08 PM
Case 3:25-cv-00878-FDW-SCR    Document 18-3    Filed 01/12/26    Page 7 of 17

Want more info on Ironmaster Products? Check out some of our reviews below!

- Ironmaster Quick-Locks Review
- Ironmaster Super Bench Pro Review
- Our Dumbbell Buyer's Guide

## Amazon: Highlighted Deals

Amazon runs big sales on a HUGE amount of items for Black Friday and Cyber Monday. We update these deals daily so keep checking back!



**Amazon Basics Rubber Dumbbells**
About $1 a pound

Amazon Basics dumbbells are a solid budget option. If you can get a prices around $1 a lb shipped they're worth it. These are sold INDIVIDUALLY.

Shop Now



**Marsafit MAG Handles**
$99 $94 (5% Off)

While technically not "on sale" these are cheapest AND highest rated MAG grip knock offs on Amazon. While we prefer the real thing, these are 1/3 the price.

Shop Now



**CAP Iron Olympic Plates**
$1 a pound

All sizes of CAP Iron plates are on sale right now. Anytime you can get these for around $1 a pound shipped it's a good deal!

Shop Now



**PowerBlock Elite EXP**
$449 $339.99 (24% Off)

The PowerBlock Elite EXP 50s are adjustable in 2.5 lb increments and expandable up to 90 lbs. This is the best price we've seen in a long time.

Shop Now



**Cap Barbell Olympic Curl Bar**
$41.79 $34.99 (16% off)

I'm not going to tell you it's a fantastic curl bar but for $35 it's pretty darn good! If you're looking for a cheap EZ curl option you won't find a better one cheaper.

Shop Now



**Eisenlink Adjustable Dumbbells**
$359 $287.20 (20% Off)

We put these up against Ironmaster's Quick-Lock dumbbells and they performed well and at this price they're even more tempting. Watch our review here

Shop Now


**CAP Economy Bumper Plates**
About $1 a pound

Don't get caught up in fake Prime deals. These are the cheapest bumpers on Amazon and at $1 a pound they're an exceptional deal.

Shop Now


**Cap Beast Barbell**
$149.99 $126.99 (15% Off)

The Beast Barbell from Cap was featured in our $1000 Budget Home Gym Build video (as well as others) and is a solid budget Olympic bar for the price.

Shop Now


**Major Fitness Bench**
$269.99 $186.99 (31% Off)

This is a super budget option that will get you started on your adjustable bench jouney!

Shop Now


**Fitness Reality Rack**
$299.99 $246 (18% Off)

It ain't perfect but at under $250 shipped it's one of the best values you'll find on power rack on Amazon.

Shop Now


**Mikolo Olympic Barbell**
$189.99 $149.99 (21% Off)

We own this bar and it's honestly very good for the price but on sale it's debatably the best bar for the money.

Shop Now


**EonFit Wall Mounted Cable Tower**
$399.99 $299.99 (25% Off)

The BEST budget cable tower on the market is now on sale! See our review here.

Shop Now


**Amazon Cast Iron Kettlebell**
Up to 18% Off

Amazon Basics Cast Iron Kettlebells are another solid deal when you can get them at or under $1 a pound shipped.

Shop Now


**Peloton Cross Training Bike**
$2695 $1995 (26% Off)

With a 22" screen and manual resistance (vs auto resistance options) this less expensive (and still expensive) option for a Peloton.

Shop Now


**Angles90 Grips**
$34.90 $27.99 (20% Off)

Angles90 grips are a very versatile tool that can be attached to cable machines, barbells, bars, you name it.

Shop Now


**Cap Olympic Hex Trap Bar**
$89.99 $62.99 (30% off)
If you don't expect much and don't lift crazy weight you won't be disappointed. In all honesty for $55 shipped it's a hard deal to beat.
Shop Now


**Resistance Bands**
$37.99 $24.98 (34% off)
We've touted the versatility of resistance bands for years and at a price like this you'll be hard pressed to find a better deal on some.
Shop Now


**TriggerPoint Foam Roller**
$31.99 $29.99 (20% off)
Before Rep send us their foam roller (and Wynie made fun of them for it in our gym tour) this was the one we had and it's a great deal at this price.
Shop Now


**Everymate Change Plates**
$139.99 $112 (20% off)
Change plates are always going to be expensive per pound but this is a solid deal on the Everymate rubber coated change plates. Every increment is on sale. 1.25, 2.5, and 2.5 lbs!
Shop Now


**TRX Suspension Trainer**
$179.95 $127.99 (29% off)
You know how much we love Gymnastic Rings but we've always enjoyed TRX systems as well! They've got various bundles on sale as well.
Shop Now


**Budget Olympic Barbell Collars**
$11.38 $9.67 (15% Off)
We bought a few pairs of these and found that they work as well as (or better) than ones that cost twice as much.
Shop Now

## Deals By Category


**Power Rack Deals**
Shop Now


**Bench Deals**
Shop Now


**Barbell Deals**
Shop Now

Captured by FireShot Pro: glucksgym.com
30 December 2025, 03:01:08 PM

- Weight Plates
- Dumbbells
- Cable Attachments
- Weight Lifting Shoes

- Robot Vacuun
- Treadmills
- Rowers
- Stair Climbers

**Amazon Black Friday Sales**

## Rogue Fitness: Highlighted Deals

The Rogue Fitness Matte Black November sale is live! With a combination of Hot Deals (limited flash deals), Hundo Pricing (the more weight you buy, the better the savings), 5 iteams ship for $5, and a whole lot more is on sale! This is the BEST time to shop for deals at Rogue.



**Rogue Fitness Power Racks**
Save hundreds of dollars!

Rogue is running sales on a ton of different rack configurations. 4 post, 6 post, squat stands, and more!

Shop Now



**Rogue Curl Bar**
$200 $225 (10% OFF)

The Rogue Curl Bar is one of my favorites. Do yourself a favor and get this, your arms will thank me.

Shop Now



**Rogue Manta Ray Adjustable Bench**
$895 $805 ($90 OFF)

The Rogue Manta Ray is on sale! I've consistently said if I could only have 1 bench this would be it.

Shop Now

Captured by FireShot Pro: glucksgym.com
30 December 2025, 03:01:08 PM





Want more info on Rouge's equitment? Check out a few of our reviews below!

- Rogue Indy Functional Trainer Rack
- Rogue FM Twin Rack Review
- Rogue Manta Ray Bench Review

### Freak Athlete: Highlighted Deals

Freak Athlete has made a name for themselves by creating high value versatile home gym equipment. Save $100 on a Hyper Pro (and more when you bundle attachments) and buy 2 attachments get 1 free on the ABX



**Hyper Pro**
~~$1,469.99~~ $1149.99 (310$ off)
Get $100 off the Hyper Pro & save more with their Leg Developer bundle of attachments deal.
Shop Now



**ABX Adjustable Bench**
Save on Attachments
Buy 2 attachments and get 1 free with the Freak Athlete ABX bench. This is one of the best benches for a home gym.
Shop Now



**Leg Developer Attachment**
~~$380~~ $330 (50$ off)
Add even more to your Hyper Pro with the leg developer attachment, because we all know there's no such thing as overdeveloped legs.
Shop Now

Freak Athlete Black Friday Sales

Want more info on Freak Athlete's equitment? Check out a few of our reviews below!

- Freak Athlete ABX Review
- Freak Athlete Hyper Pro Review

### Bells of Steel: Highlighted Deals

Save big at Bells of Steel! This year Bells has a LOT of great deals on best sellers, new arrivals and everything in between!



**Manticore & Hydra Racks**
15%+ Off
Pre-built Manticore & Hydra Power racks are 15% off. and you can save on rack attachments & accessories.
Shop Now



**EZ Curl Bar (45")**
~~$131.99~~ $89.99 (32% Off)
This EZ Curl Bar is our opinion the best budget curl bar on the market today and this sale makes it an even better value!
Shop Now



**Shoulder Boulder**
~~$322.99~~ $249.99 (23% Off)
The Arch Nemesis bar is modeled after the Kabuki Kadillac bar but at a MUCH cheaper price point.
Shop Now


**Safety Squat Bar - The SS4**
$319.99 $249.99 (22% Off)
The SS4 is the perfect example of Bells listening to customer feedback. Check out the latest and greatest.
Shop Now


**Leg Press & Hack Squat Machine**
$2,053.99 $1,429.99 (30% Off)
Bells has been refining this once since release and with a deal this HUGE its definitely worth a look at!
Shop Now


**Bells Black November Sales**
Bells currently has some of the deepest discounts and largest number of sale items of everyone. Check them out!
Shop Now

Bells of Steel Black Friday Sales

Want more info on Bells sale items? Check out a few of our reviews below!

- Manticore Power Rack Review
- Hydra Power Rack Review
- Arch Nemesis Cambered Bar Video Review
- Barenaked Powerlifting Bar Review
- Blitz Bike Review
- Buzzsaw Bench Review
- Reverse Hammer Review

## Giant Lifting: Highlighted Deals

Giant Lifting is running sales all month and has some of deepest discounts you'll find especially with code GLUCK taking an additional 5% Off their sale prices.


**Bumper Plates**
Up to 30% Off w/Code GLUCK
We cut these in half and voted them some of the best bumper plates on the market in our Bumper Plate Buyers Guide
Shop Now


**Specialty Barbells**
Up to 30% Off w/Code GLUCK
We have been pleasantly surprised by the quality of their specialty bars, like their open trap bar that we reviewed and tested.
Shop Now


**Grip Plates**
Up to 25% w/Code GLUCK
If you are as clumsy as Wynie and want to avoid dropping weights on your foot you might want to check out these grip plates.
Shop Now


**Racks & Accessories**
Up to 30% w/Code GLUCK
If you are looking to get a power rack and not break the bank Giant has some great rack options
Shop Now


**Dumbbells (Pairs & Sets)**
Up to 20% Off w/Code GLUCK
There is nothing like a set of fixed dumbbells. Pick these up before its too late.
Shop Now


**Benches**
Up to 25% Off w/Code GLUCK
Great benches now priced a little cheaper!
Shop Fixed Benches
Shop Adjustable Benches

Giant Lifting Black Friday Sales

Want more info on Giant Lifting? Check out a few of our reviews below!

- Giant Lifting Open Trap Bar
- Giant Lifting Lat & Low Row
- Our Bumper Plate Buyer's Guide
- Our Weight Plate Buyer's Guide

Captured by FireShot Pro: glucksgym.com
30 December 2025, 03:01:08 PM
Case 3:25-cv-00878-FDW-SCR    Document 18-3    Filed 01/12/26    Page 15 of 17

### Get RX'd: Highlighted Deals

Get Rx'd are running deals all November long with up to 40% top deals and 10% off sitewide. They've got big deals on dumbbells, power racks, cardio equipment, and so much more.



**RX3 Tornado Racks**
**20% Off + Free Shipping**

All variations of the Get RX'd Tornado racks are on sale.

Shop Now



**Cable Towers**
**Free Shipping + Discounts!**

The Phoenix and Viper Tornado arm Cable towers (all variations) are on sale.

Shop Now



**Get RX'd and Xebex Fitness**
**10-40% Off!**

Get RX'd is running one of the biggest Black Friday sales so far with discounts site wide on everything.

Shop Now

Get RX'd Black Friday Sales

Want more info on Get RX'd? Check out some of our reviews.

- Get RX'd Tornado Smith Rack Review (Note: Get RX'd has updated & upgraded the Tornado rack based on our feedback)
- Get RX'd Phoenix Tower Review

### PRx Performance: Highlighted Deals

PRx Performance is known for their inovative space saving folding gym setups, this year they are putting some of their best sellers on sale. Get up to $150 off Racks all November! Don't forget to use code GLUCK for an extra 5% Off!

