**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:25-CV-00878-FDW-SCR**

| | | |
|---|---|---|
| **ADVANCED FITNESS CONCEPTS INC. D/B/A VULCAN STRENGTH TRAINING SYSTEMS,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADRIAN GLUCK AND GLUCK'S GYM LLC,** | ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

     **THIS MATTER** is before the Court on Plaintiff's Motion for Leave to File Supplemental Complaint. (Doc. No. 14.) Defendants oppose the Motion. (Doc. No. 19.) This Motion has been fully briefed and is ripe for review. (Doc. Nos. 14, 15, 19, 20.) The Court has discretion over whether to grant a motion to supplement the complaint pursuant to Federal Rule of Civil Procedure 15(d). Wood v. Yancey, No. 1:23CV462 (RDA/JFA), 2025 WL 2493327, at *2 (E.D. Va. Aug. 27, 2025). A supplemental pleading is a "useful device[]" and "ought to be allowed as of course, unless some particular reason for disallowing them appears[] . . . ." New Amsterdam Cas. Co. v. Waller, 323 F.2d 20, 28–29 (4th Cir. 1963); see Franks v. Ross, 313 F.3d 184, 198, n.15 (4th Cir. 2002) (explaining "leave should be freely granted, and should be denied only where 'good reason exists . . . , such as prejudice to the defendants[]'" (quoting Walker v. United Parcel Serv., 240 F.3d 1268, 1278 (10th Cir. 2001))). After a thorough review of the record and Defendants' Response, the Court finds Defendants did not state a sufficient reason for denying Plaintiff's

1

Motion. (Doc. No. 19.) Therefore, for the reasons stated therein and for good cause show, Plaintiff's Motion for Leave to File Supplemental Complaint, (Doc. No. 14), is **GRANTED**.

      **IT IS SO ORDERED.**

Signed: June 16, 2026

Frank D. Whitney
Senior United States District Judge

2